**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN DEON TURNER JR., | Case No. CV 21-5405-PA (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| CDCR et al., | |
| Respondents. | |

Pursuant to the Order Summarily Dismissing "Common Law Petition for a Writ of Habeas Corpus Ad Subjudiciendum,"

IT IS HEREBY ADJUDGED that the Petition is dismissed.

DATED: July 12, 2021

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE